No. 5734.—Beiró, aplte., *v.* Bonar, apldo.—C. D. San Juan. Junio 18, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

Por cuanto, dictada sentencia en este caso fué apelada el 1º de mayo último, habiendo concedido la corte sentenciadora el 9 de dicho mes el término de veinte días para que el taquígrafo preparara la transcripción de la evidencia;

Por cuanto, ese término venció sin haber sido prorrogado, por lo que el apelado solicitó el 3 de junio que desestimáramos la apelación;

Por cuanto, la parte apelante admite que la desestimación sería procedente pero solicita que le concedamos un nuevo término para preparar la transcripción de la evidencia;

Por cuanto, la parte apelante pagó los derechos del taquígrafo y éste comenzó su trabajo en seguida pero no pudo terminarlo por haber enfermado, habiendo ofrecido a uno de los abogados de la parte que presentaría una petición de prórroga a la corte, y la redactó el 28 de mayo, y siendo festivos el 30 y 31 de ese mes, se dió cuenta el 1º de junio de que no la había presentado y en ese día la radicó aunque fuera del término, que vencía el 29 de mayo;

Por cuanto, el abogado del apelante alega que su cliente tiene una buena defensa en apelación;

Por tanto, se concede al apelante un nuevo término de veinte días para que el taquígrafo presente en la corte inferior la transcripción de la evidencia y en consecuencia se niega la desestimación solicitada.